UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ARMANDO LOMELI-MENCES, ) | CASE NO. ED CV 10-440-PA (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| LINDA SANDERS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Pursuant to the Order filed herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 14, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\10-440 judgment.wpd